WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-078-01 | MAGIS. NO: |
| V. DENISE MCLEOD | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Denise McLeod | |
| DOB:        PDID: | FILED MAR 28 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST | |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT FRAUD BY WIRE;
FRAUD BY WIRE;
FORGERY;
UTTERING;
FALSE PERSONATION;
FALSE SWEARING;
AIDING AND ABETTING

**IN VIOLATION OF:**    UNITED STATES CODE TITLE & SECTION:

18:1349; 18:1343; 22 D.C. Code 3241, 3242; 22 D.C. Code 3241, 3242; 22 D.C. Code 1403; 22 D.C. Code 2404; and 22 D.C. Code 1805

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: 3/22/07 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE: 3/22/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3/28/07 | NAME AND TITLE OF ARRESTING OFFICER D.L. BALDWIN US MARSHALS | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 3/28/07 | | |
| HIDTA CASE:  Yes   No  X | | OCDETF CASE:   Yes   No  X |