**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 07-0078 (GK)** |
| | : | |
| **v.** | : | |
| | : | |
| **DENISE McLEOD and** | : | |
| **NELSON BROCKENBORRUGH,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S MOTION *IN LIMINE***
**TO INTRODUCE DEFENDANTS' STATEMENTS AT TRIAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests *in limine* that the Court permit the introduction at trial of statements from both defendant Denise McLeod and Nelson Brockenborrugh.  In support of this motion, the government states as follows:

1.   Defendants Denise McLeod and Nelson Brockenborrugh are charged with conspiracy to commit wire fraud, a substantive count of wire fraud, and D.C. Code offenses of first degree fraud, forgery and uttering.  They are also charged with aiding and abetting one another in their efforts to fraudulently obtain a parcel of real estate located at 1133 Sixth Street, N.W., in Washington, D.C.

2.   The government will seek to introduce at trial non-custodial statements given by each of the defendants.  Although these statements were provided pursuant to Rule 16, Fed.R.Crim.P., neither defendant appears to have challenged their introduction

-2-

under Bruton v. United States, 389 U.S. 818 (1968).

3.  The government assures the Court that redacted statements and a proposed limiting instruction will be provided to counsel, well in advance of trial.  *See* Gray v. Maryland 523 U.S. 185 (1998); Richardson v. Marsh, 481 U.S. 200 (1987).

<u>Conclusion</u>

For the forgoing reasons, the government requests that the defendant's statements be admitted at trial, subject to being redacted as appropriate.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

/s/

By:  _____
Barbara E. Kittay
D.C. Bar No. 414216
Aaron Mendelsohn
D.C. Bar No. 467570
Assistant U.S. Attorneys
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-9732