CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
                            )
vs.                         )   Criminal No. 07-0078-01
                            )
_Denise McLeod_             )
                            )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives ~~his~~ her right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

Asst. _____
United States Attorney

Approved:

_____
Judge