UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-78 (GK) |
| | : | |
| DENISE McLEOD, | : | FILED |
| | : | SEP 2 4 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

### ORDER

It is hereby this *27th* day of *Sept*, 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than *Dec. 10, 2008*, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than *Dec. 17, 2007* by *10:00 a.m.*, ~~5:00 p.m.~~, and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on *Dec. 20, 2007 at 4 pm*.

**IT IS SO ORDERED.**

*Gladys Kessler*
Gladys Kessler
U.S. District Judge