UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: Cr-07-078-01 |
| | ) | |
| Denise McCleod | ) | |

## ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on November 13, 2007. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant.

Accordingly, it is by the Court, this 5th day of December, 2007,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
**Gladys Kessler**
**United States District Judge**

_____Dec. 5, 2007_____
**DATE**