HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-78</u> |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: |
|  | : |  |
| MCLEOD, Denise | : | Disclosure Date: <u>November 13, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
Prosecuting Attorney                                                   Date

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    (✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

[signature] 12/10/07          [signature] 12/10/07
Defendant         Date         Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 27, 2007</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

# LAWLOR & ENGLERT, LLC
*Attorneys at Law*

Michael E. Lawlor
lawlor@lawlor-englert.com

Sutha Chinn Englert
englert@lawlor-englert.com

December 10, 2007

**VIA FACSIMILE TRANSMISSION**

Renee Moses-Gregor
United States Probation Officer
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:   <u>United States v. McLeod</u>
      Docket No. 07-Cr-78

Dear Ms. Moses-Gregory:

I am in receipt of the initial version of the pre-sentence investigation. I write to object to the calculation of loss in the PSI. Specifically, at paragraph 29, you write that the intended loss was $300,000, with a resulting increase in the base offense level of 12. However, per paragraph 16 of the PSI, Ms. McLeod had submitted a proposed contract price of $130,000 for the property, which would result in an intended loss of $170,000 and a increase in the base offense level of 10.

Also enclosed please find the executed receipt and acknowledgment of the PSI.

Thank you for your attention to this matter

Sincerely,

Michael E. Lawlor

cc:   Barbara Kittay, Esquire

6305 Ivy Lane, Suite 704  Greenbelt, MD 20770  301.474.3404  301.474.3406 (FAX)  www.lawlor-englert.com