HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-78</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| MCLEOD, Denise | | Disclosure Date: <u>November 13, 2007</u> |

DEC **2 0** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    ( ✗ )   There are no material/factual inaccuracies therein.
    ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____
Prosecuting Attorney

_____
11-16-2007
Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
    ( )   There are no material/factual inaccuracies therein.
    ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant         Date          Defense Counsel      Date

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 27, 2007**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer