HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

FEB 0 4 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

Denise McLeod                          Docket No.: 07-078-01

TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  **Denise McLeod**  having been sentenced, on December 20,

2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau

of Prisons by reporting to   FPC Alderson   , in   Alderson, WV   by 2 p.m.,

on   February 19, 2008   .

Feb 4, 2008
**Date**

GLADYS KESSLER
**UNITED STATES DISTRICT JUDGE**

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I
may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or
fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**                          **DEFENDANT**

Revised 6-2004

